# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 4, 2022

## NO. 03-21-00341-CV

**Dwight Benford, Appellant**

**v.**

**Lester Rivers and Paula Salinas, Appellees**

## APPEAL FROM PROBATE COURT NO. 1 OF TRAVIS COUNTY
## BEFORE CHIEF JUSTICE BYRNE, JUSTICES KELLY AND SMITH
## AFFIRMED -- OPINION BY JUSTICE KELLY

This is an appeal from the judgment signed by the probate court on May 20, 2021. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgment. Therefore, the Court affirms the probate court's judgment. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.